IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: Blue Bear Funding, LLC      )
                                      )                Bankruptcy Case
                                      )                No. 05-31300-ABC
                                      )

## Amended CHAPTER 11 Final Report and Motion for Final Decree

Comes now the debtor, Blue Bear Funding, LLC, ("Blue Bear") by and through its undersigned attorney, and pursuant to the provisions of 11 U.S.C. 1106(a)(7), submits that the company will not be able to successfully proceed with the Chapter 11 proceedings and that the estate herein has been administered to the fullest extent possible and that the plan has been substantially consummated as follows:

1.      That the Order confirming the plan has become final:

2.      That the deposits required by the plan have been distributed in accordance with the provision of the plan except as shown in Schedule A attached hereto;

3.      That Substantially all of the property of the debtor has been transferred according to the provisions of the plan as shown in Schedule B attached hereto;

4.      That the debtor or successor has assumed the business of the management of the property dealt with by the plan as applicable;

5.      That distribution has been commenced under the plan, and that payments to creditors and other interested parties have been undertaken as shown in Schedule C attached hereto; and

6.      That all motions, contested matters, and adversary proceedings have been finally resolved.

7.      The company has been unable to obtain additional funding to maintain an ongoing concern.

8.      The board of directors for Blue Bear unanimously determine the company was no longer a viable business entity and unanimously decided to liquidate the company. See previously filed Board of Directors Meeting Minutes.

9.      A majority of Blue Bear shareholders concurred with the board of director's decision and ratified the proposal to dissolve the company by special shareholders meeting on or about September 6, 2008. See previously filed special shareholder meeting votes.

10.      Debtor's previous legal counsels have been paid and no balances remain outstanding with either firm. See previously filed account statements.

11.     All motions, contested matters, and adversary proceedings have been settled or debtor has received judgments against liable third parties.

12.     All administrative fees with the Bankruptcy Court and Trustee pursuant to this Chapter 11 action are current.

WHEREFORE, the debtor herein prays for entry of the Final Decree pursuant to Rule 3022 Federal Rules of Bankruptcy Procedure, finding that the estate has been administered to the fullest extent possible, that the shareholders have properly voted to dissolve the company and, therefore, ordering the closing of the case.

Respectfully submitted April 10, 2009.          *HAGEN & MELUSKY, INC.*

/s/ Robert J. Herrera
**ROBERT J. HERRERA, ESQ., #37093**
**Counsel for Debtor**
**1613 Pelican Lakes Point**
**Windsor, Co. 80550**
**970-686-6618**