IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

In re: Blue Bear Funding, LLC    )
                           )       Bankruptcy Case
                           )       No. 05-31300-ABC
                           )
                           )

**FINAL DECREE**

Before the Court following this Court's April 2, 2009 Order, are the Corrected Chapter 11 Final Report and the Amended Chapter 11 Final Report filed on Debtor's behalf.  No objections having been filed thereto by the United States Trustee, the estate of the above-named debtor is deemed to be fully administered. Accordingly,  it is

ORDERED that the Chapter 11 case of the above –named debtor is hereby closed.

Dated: May 4, 2009

BY THE COURT

_____
United States Bankruptcy Judge